IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE NORTHERN,

                Petitioner,

    v.

ANNA BOATWRIGHT, Warden,
New Lisbon Correctional Institution,

                Respondent.

MEMORANDUM

08-cv-184-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Petitioner Lawrence Northern, through counsel, filed objections to the report and recommendation entered by the United States Magistrate Judge on July 28, 2008. In an order entered August 18, 2008, I agreed with the magistrate judge's report and denied petitioner's § 2254 motion. Now, petitioner has filed his own objections to the report and recommendation. I have reviewed defendant's submissions, which are duplicative of the objections filed by counsel and of the matters discussed by the magistrate judge. Nothing in the objections requires further discussion.

    Entered this 20th day of August, 2008.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge